IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KOLIN BOYD**                                                                                     **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:24-cv-00208-TBM-RPM**

**DONALD R. CASTON, et al.**                                         **DEFENDANTS**

## **FINAL JUDGMENT**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 27th day of December, 2024.

                                                                   **TAYLOR B. McNEEL**
                                                      **UNITED STATES DISTRICT JUDGE**